PER CURIAM.
Affirmed. Zuberi v. State, 343 So.2d 664 (Fla. 3d DCA 1977); Magueira v. State, 352 So.2d 587 (Fla. 3d DCA 1977); Kimbrough v. State, 356 So.2d 1294 (Fla. 4th DCA 1978); Roberts v. State, 374 So.2d 1000 (Fla. 3d DCA 1979); R.Cr.P. 3.380; see: Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694; Mikulovsky v. Schubert, 416 F.Supp. 55 (E.D.Wis.1976).